UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MAURICE PIERRE OLIVIER,

    Plaintiff,

    v.

D. DUNSTAN, et. al.,

    Defendants.
                           /

No. C 13-2954 PJH (PR)

**ORDER DISMISSING CASE**

This is a civil rights case brought pro se by a prisoner. The court revoked plaintiff's in forma pauperis status and provided him an opportunity to pay the full filing fee to continue with this action. Docket No. 33  The time to pay has expired and plaintiff has not paid the fee, though he has filed an appeal to the Ninth Circuit. The action is therefore **DISMISSED** without prejudice and the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: September 9, 2014.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.13\Olivier2954.dis.wpd